```
1  JACK GORDON; SBN 169380
   1885 The Alameda, Suite 214
2  San Jose, CA 95126
   Tel. (408)286-1351
3

4  Attorney for Defendant,
   Lorenzo Garcia
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LORENZO SRAEL GARCIA, and<br>MICHAEL LEON RUELAS<br><br>              Defendants.<br>_____/ | No. CR-11-00558-LHK<br>     CR-11-00559-LHK<br>     CR-11-00560-LHK<br>     CR-11-00706-LHK<br><br>STIPULATION TO CONTINUE<br>AND EXCLUDE TIME<br>PROPOSED ORDER |

THE ABOVE LISTED PARTIES STIPULATE AS FOLLOW:

Defendants Garcia and Ruelas are scheduled to be sentenced before the Honorable Lucy H. Koh on 2/13/13 at 9:00 a.m. The parties require a continuance to allow for the completion of the U.S. Probation pre-sentencing report. After communications with the parties and the United States Probation Officer preparing the reports it appears that March 27, 2013 would be an appropriate date for sentencing.

1

The parties respectfully request that the Court continue defendants' sentencing from February 13, 2013 to March 27, 2013 9:00 a.m.

IT IS SO STIPULATED

Dated: 2/1/13

/s/
_____
Jack Gordon
Attorney for Def. Garcia

Dated: 2/1/13

/s/
_____
Thomas O'Connell
Assistant U.S. Attorney

Dated: 2/1/13

/s/
Varrell Fuller
Attorney for Def. Smith

[~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that the sentencing hearing for defendants Lorenzo Garcia and Michael Ruelas be continued from February 13, 2013 to March 27, 2013 at 9:00 a.m. and that the intervening time be excluded under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: 2/04/13

The Honorable Lucy Koh
District Court Judge